NUMBER 13-00-522-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


FRANCISCO RIVAS
, Appellant,


v.



JAVIER ROCHA AND RODOLFO PENA, SR.
, Appellees.

____________________________________________________________________


On appeal from the 332nd District Court


of Hidalgo County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, FRANCISCO RIVAS, perfected an appeal from a
judgment entered by the 332nd District Court of Hidalgo County, Texas,
in cause number C-5865-98-F. After the record was filed, the parties 
filed a motion to dismiss the appeal. In the motion, the parties state
that this case has been resolved and appellant no longer wishes to
prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and the joint
motion to dismiss the appeal, is of the opinion that the motion should
be granted. The joint motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 26th day of October, 2000.